**Local Bankruptcy Form 4001-1.3**
**Order on Motion for Relief from Stay**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>PALMER DRIVES CONTROLS & SYSTEMS, INC.<br><br>Debtor. | Bankruptcy Case No. 23-13002-JGR<br><br>Chapter 11 |

### ORDER ON MOTION FOR RELIEF FROM STAY

This matter came before the Court for a hearing on April 9, 2024, regarding a Motion for Relief from Stay filed by Autotech Technologies, LP (Doc. 159) filed on March 13, 2024. The issues have been considered, and a decision has been rendered.

IT IS THEREFORE ORDERED

**That the Creditor is granted the right to return to the trial court to adjudicate its Petition for Fees and Costs**.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, toproceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property.) If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

IT IS FURTHER ORDERED that the 14-day stay under Fed.R.Bankr.P. 4001(a)(3) is waived.

DATED April 9, 2024

BY THE COURT:

Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge