# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-13002-JGR |
| PALMER DRIVES CONTROLS AND SYSTEMS, INC., | Chapter 11<br>Subchapter V |
| Debtor. | |

# FINAL DECREE

The estate of the above-named debtor having been fully administered, it is

ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED: October 30, 2024

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge